

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00178-CV

James W. **LANDESS**,
Appellant

v.

Veronica Bosque Landess **MCGLOHN**,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI19372
The Honorable Angelica Jimenez, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Delivered and Filed: June 27, 2018

DISMISSED

On March 22, 2018, James W. Landess filed a notice of appeal from the trial court's judgment signed February 5, 2018. The record was due June 5, 2018, 120 days after the judgment was signed. *See* TEX. R. APP. P. 35.1(a), 26.1(a). The Bexar County District Clerk filed a notification stating the clerk's record would not be filed because Landess had not paid or made arrangements to pay the clerk's fee to prepare the record and is not entitled to appeal without paying the fee. On June 8, 2018, we ordered Landess to provide written proof to this court by June 18, 2018, that either (1) the clerk's fee has been paid or arrangements had been made to pay the clerk's fee; or (2) he is entitled to appeal without paying the clerk's fee. We cautioned that if

Landess failed to respond within the time provided, this appeal would be dismissed. *See* TEX. R.

APP. P. 37.3(b); 42.3(c). Landess has not filed a response and the clerk's record has not been filed.

We therefore **order** this appeal dismissed.

PER CURIAM